IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN C. SKINNER, No. 1069523, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4108-CV-C-NKL |
| | ) | |
| TERRY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 9, 2007, plaintiff filed a motion to dismiss his claims voluntarily. Defendants have filed suggestions in support. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice. [22] It is further

ORDERED that all remaining motions are moot. [4, 14, 20] It is further

ORDERED that the Clerk of Court shall mark this case as closed.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 5, 2007
Jefferson City, Missouri